IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00204-MR-WCM

| | | |
|---|---|---|
| LOGAN VENCLAUSKAS, on behalf of himself and all similarly situated individuals, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| HILLMAN BEER, LLC; GREIG HILLMAN; BRADLEY HILLMAN; and DAVID MAY, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 17) filed by Scott C. Harris. The Motion indicates that Mr. Harris, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Joseph M. Lyon, who the Motion represents as being a member in good standing of the Bar of Ohio. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 17) and **ADMITS** Joseph M. Lyon to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: September 11, 2024

W. Carleton Metcalf
United States Magistrate Judge