IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL ACTION FILE NO. 1:24-cv-00204

| | |
|---|---|
| LOGAN VENCLAUSKAS, on behalf of himself and all similarly situated individuals<br><br>Plaintiff,<br><br>v.<br><br>HILLMAN BEER, LLC, GREIG HILLMAN, BRADLEY HILLMAN, AND DAVID MAY<br><br>Defendants. | **DEFENDANTS' PARTIAL MOTION TO DISMISS COMPLAINT** |

Defendant Hillman Beer, LLC ("Hillman Beer"), Defendant Greig Hillman ("Mr. Greig"), Defendant Bradley Hillman ("Mr. Bradley"), and Defendant David May ("Mr. May") (collectively, "Defendants"), by and through the undersigned attorneys, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules, move the Court to dismiss with prejudice Counts III, IV, and V of Plaintiff's Complaint in its entirety.

As more fully set forth in the accompanying Brief in Support of Defendants' Partial Motion to Dismiss the Complaint, Defendants are completely exempt from coverage under the North Carolina Wage and Hour Act with respect to the allegations raised in Plaintiff's Third and Fourth Counts of the Complaint and Federal preemption bars the Fifth Count of the Complaint. Thus, Plaintiff fails to

state any cognizable claim for which relief can be granted as to the Third, Fourth, and Fifth Counts of the Complaint and they should be dismissed with prejudice.

Wherefore, Defendants respectfully request that the Third, Fourth, and Fifth Counts of Plaintiff's Complaint be dismissed with prejudice.

Respectfully submitted this the 21st day of October, 2024.

*/s/Hayley R. Wells*
Hayley R. Wells
N.C. State Bar I.D. No.: 38465
email: docket@wardandsmith.com *
email: hrw@wardandsmith.com**
X. Lightfoot
N.C. State Bar I.D. No.: 54900
email: xlightfoot@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 2020
Asheville, NC 28802-2020
Telephone: 828.348.6070
Facsimile: 828.348.6077
Attorneys for Defendants

*This email address must be used in order to effectuate service under Rule 5 of the North Carolina Rules of Civil Procedure.

** Email address to be used for all communications other than service.

ND:4863-8701-1312, v. 2