IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00204-MR-WCM

| | | |
|---|---|---|
| LOGAN VENCLAUSKAS, on behalf of himself and all similarly situated individuals, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| HILLMAN BEER, LLC; GREIG HILLMAN; BRADLEY HILLMAN; and DAVID MAY, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 23) filed by Scott C. Harris. The Motion indicates that Mr. Harris, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Gary M. Klinger, who the Motion represents as being a member in good standing of the Bar of Illinois. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 23) and **ADMITS** Gary M. Klinger to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: November 15, 2024

W. Carleton Metcalf
United States Magistrate Judge

2

Case 1:24-cv-00204-MR-WCM    Document 24    Filed 11/15/24    Page 2 of 2