Docusign Envelope ID: BFC32853-9D15-44B4-A6A1-4700BA52DF34

# WARD AND SMITH, P.A.

HAYLEY R. WELLS, Attorney at Law

82 Patton Avenue, Suite 300 (28801)　　　　　　　　　　　　　　　　　　　　P: 828.348.6018
Post Office Box 2020　　　　　　　　　　　　　　　　　　　　　　　　　　　F: 828.348.6077
Asheville, NC  28802-2020　　　　　　　　　　　　　　　　　　　　　hrw@wardandsmith.com

## NOTICE OF DESIGNATION OF SECURE LEAVE PERIOD

TO:　　　　Clerk U.S. District Court, Western District of North Carolina

FROM:　　Hayley R. Wells

RE:　　　　Secure Leave Period

Pursuant to Rule 26 of the General Rules of Practice for the Superior and District Courts[1] and Rule 33.1 of the North Carolina Rules of Appellate Procedure, the undersigned hereby designates the following as **Secure Leave Period**: **April 13, 2025 to April 19, 2025.** This secure leave period is not being designated for the purpose of delaying, hindering or interfering with the timely disposition of any matter in any pending action or proceeding.  No action or proceeding in which the undersigned has entered an appearance has been scheduled, peremptorily set or noticed for trial, hearing, deposition, or other proceeding during the designated secure leave periods.

The undersigned respectfully requests that she not be required to appear at any trial, hearing, deposition, or other proceeding in the U.S. District Court during such secure leave period.  The undersigned hereby certifies that she will serve a copy of this Notice on counsel of record in pending U.S. District Court cases in which the undersigned currently appears.

　　　　This the 16th day of January, 2025.

　　　　　　　　　　　　　　　　DocuSigned by:
　　　　　　　　　　　　　　　　*Hayley R. Wells*
　　　　　　　　　　　　　　　　2E2ADF8F87A247D...
　　　　　　　　　　　　　　　　Hayley R. Wells
　　　　　　　　　　　　　　　　N.C. State Bar I.D. No.:  38465
　　　　　　　　　　　　　　　　email:  docket@wardandsmith.com*
　　　　　　　　　　　　　　　　email:  hrw@wardandsmith.com**

---

[1] The undersigned acknowledges that there is no corresponding Federal Rule of Civil Procedure providing for secure leave, however, she respectfully requests that no hearings or proceedings be scheduled in this matter during the period of secure leave.

Docusign Envelope ID: BFC32853-9D15-44B4-A6A1-4700BA52DF34

          For the firm of
          Ward and Smith, P.A.
          82 Patton Avenue, Suite 300 (28801)
          Post Office Box 2020
          Asheville, NC  28802-2020
          Telephone:  828.348.6018
          Facsimile:  828.348.6077

ND:4916-7071-3872, v. 1