## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

*Logan Venclauskas, on behalf of himself and all similarly situated individuals v. Hillman Beer, LLC; Greig Hillman; Bradley Hillman, and David May*, No. 1:24-cv-00204-MR-WCM

1.    I am over the age of eighteen and competent to give my consent in this matter.

2.    I consent to be a party plaintiff in a lawsuit against Hillman Beer, LLC, Greg Hillman, Bradley Hillman, and David May and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

3.    By signing and returning this consent form, I designate Chestnut Cambronne PA, the Lyon Firm LLC, and Miller Coleman Bryson Phillips Grossman, PLLC (collectively, "Plaintiffs' counsel") to represent me and make decisions on my behalf concerning the litigation, any settlement, and any future litigation. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

4.    I also designate the named Plaintiffs, to the fullest extent possible under the law, as my agents to make decisions on my behalf concerning this litigation and any settlement.

5.    I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment on a pro rata basis among all plaintiffs. I understand that Plaintiffs' counsel will petition the Court for attorneys' fees from any settlement or judgment for the greater of: (1) the "lodestar" amount, calculated by multiplying reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

6.    I understand that I may withdraw this consent at any time by notifying the above-listed attorneys in writing.

3/20/2025
Dated

Signed by:

Signature

Lauren Morbach
Full Legal Name (print)

7705965579
Telephone Number