# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

**CIVIL ACTION FILE NO. 1:24-cv-00204**

| | |
|---|---|
| LOGAN VENCLAUSKAS, on behalf of himself and all similarly situated individuals, ) ) ) ) Plaintiff, ) ) v. ) ) HILLMAN BEER, LLC, GREIG HILLMAN, BRADLEY HILLMAN, and DAVID MAY ) ) ) ) Defendants. ) | **NOTICE OF FILING OF CONSENT TO JOIN FORM** |

Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216 *et seq.*, Plaintiff Logan Venclauskas hereby files Consent to Join on behalf of Angie Bigelow, attached hereto as Exhibit A.

Dated: March 21, 2025.

Respectfully submitted,

By: /s/ Philip J. Krzeski
Philip J. Krzeski*
Christopher P. Renz
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue S, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
*pkrzeski@chestnutcambronne.com*
*crenz@chestnutcambronne.com*

Scott C. Harris, NC Bar ID No. 35328
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27602
Telephone: (919) 600-5003
*sharris@milberg.com*

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*

Joseph M. Lyon*
Kevin M. Cox*
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone (513) 381-2333
*jlyon@thelyonfirm.com*
*kcox@thelyonfirm.com*

* Admitted *Pro Hac Vice*

***Counsel for Plaintiff and the Putative Class***