# EXHIBIT A

# E-MAIL TO PUTATIVE CLASS MEMBERS

**Subject:** Notice of Lawsuit Seeking Alleged Unpaid Wages from Hillman Beer, LLC, et al.,

Dear current or former Server at Hillman Beer, LLC:

I represent current and former employees of Hillman Beer, LLC, in a collective action lawsuit seeking to recover unpaid minimum wages and unlawful deductions. You are receiving this e-mail because Hillman Beer, LLC records indicate that you may be eligible to participate in this collective action lawsuit and your rights may be affected by its outcome.

Click here to view the Notice regarding the collective action against Hillman Beer, LLC recently authorized by the Court. The link explains the steps you need to take if you want to join the collective action. You should receive a copy of the same information via U.S. mail.

After reviewing the Notice, if you would like to opt in to the case, you can complete the form at the link to sign your consent form electronically.

If you have any questions about the notice, please feel free to contact me at 612-767-3614 or by e-mail at eorrick@chestnutcambronne.com.

Elizabeth A. Orrick
*Attorney at Law*



**Elizabeth Orrick | Attorney**
**100 Washington Ave South, Suite 1700**
**Minneapolis MN 55401-2138**
**(T) 612.767.3614  (F) 612.336.2940**

Confidentiality Notice: The information contained in this email is confidential, may be legally privileged, and is intended only for the use of the intended recipient.  If the reader of this email transmission is not the intended recipient, you are advised that any dissemination, distribution, or copying of this email is strictly prohibited.  If you have received this email in error, please immediately notify Chestnut Cambronne PA by telephone at 612.339.7300 or by reply email, discard any paper copies, and permanently delete this email.
ND:4931-3897-7841, v. 1