IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL ACTION FILE NO. 1:24-cv-00204

| | |
|---|---|
| LOGAN VENCLAUSKAS,<br><br>     Plaintiff,<br><br>v.<br><br>HILLMAN BEER, LLC;<br>GREIG HILLMAN; BRADLEY HILLMAN;<br>and DAVID MAY,<br><br>     Defendants. | **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' RESPONSE TO PLAINTIFF'S PARTIAL OBJECTION TO MEMORANDUM AND RECOMMENDATION** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Rule 7.1(a) of the Rules of Practice and Procedure of the U.S. District Court for the Western District of North Carolina, Plaintiff Logan Venclauskas ("Plaintiff") moves for an order extending the period of time to respond to Defendants' Response to Plaintiff's Partial Objection to Memorandum and Recommendation of the Magistrate Judge. (D.E. 45).

This Motion is made on the following grounds:

1. On May 19, 2025, Magistrate Judge W. Carleton Metcalf submitted a Memorandum and Recommendations on Defendants' Partial Motion to Dismiss (D.E. 42).

2. On June 2, 2025 Plaintiff filed his Partial Objection to the Memorandum and Recommendations on Defendants' Partial Motion to Dismiss (D.E. 43)

3. Defendants Hillman Beer, LLC, Greig Hillman, Bradley Hillman, and David May ("Defendants") moved the Court, with Plaintiff's consent, for an extension of time of seven (7) days within which to file a response to Plaintiff's Partial Objection. Chief Judge Martin Reidinger

entered a text-only Order granting Defendants' Motion for Extension of Time through and including June 23, 2025.

4. On June 23, 2025, Defendants timely filed a Response to Plaintiff's Partial Objection (D.E. 45).

5. Currently, Plaintiff's Reply to Defendants' Response is due on June 30, 2025.

6. The undersigned counsel need additional time to prepare and serve a reply to Defendants' Response.

7. Pursuant to LCvR 7.1(b), Plaintiff conferred with Defendants' Counsel who kindly consented to the relief sought in this Motion.

8. Pursuant to LCvR. 7.1(c), no brief is required in support of this motion, as it is a timely motion for extension of time.

9. Pursuant to LCvR 7.1(g), no proposed order is being submitted with this motion.

## CONCLUSION

For the forgoing reasons, Plaintiff respectfully request that this Court grant him an extension of 7 days to respond to Defendants' Response, thereby making his response due on **July 7, 2025**.

Dated: June 27, 2025

Respectfully submitted,

By: */s/ Philip J. Krzeski*
Philip J. Krzeski
**CHESTNUT CAMBRONNE, PA**
100 Washington Avenue S, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339- 7300
*pkrzeski@chestnutcambronne.com*

Scott C. Harris, NC Bar ID No. 35328
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27602
Telephone: (919) 600-5003
*sharris@milberg.com*

Joseph M. Lyon*
Kevin M. Cox*
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 381-2333
*jlyon@thelyonfirm.com*
*kcox@thelyonfirm.com*

* Admitted *Pro Hac Vice*

***Counsel for Plaintiff and the Putative Class***

**CERTIFICATE OF SERVICE**

I certify that on June 27, 2025, I electronically filed the foregoing **Consent Motion for Extension of Time to Respond to Defendants' Response to Plaintiff's Partial Objection to the Magistrate Judge's Memorandum and Recommendation** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Philip J. Krzeski*