IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL ACTION FILE NO. 1:24-cv-00204

| | |
|---|---|
| LOGAN VENCLAUSKAS, on behalf of himself and all similarly situated individuals, )<br><br>Plaintiff, )<br><br>v. )<br><br>HILLMAN BEER, LLC, GREIG HILLMAN, BRADLEY HILLMAN, and DAVID MAY )<br><br>Defendants. ) | **NOTICE OF FILING OF CONSENT TO JOIN FORM** |

Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216 *et seq.*, Plaintiff Logan Venclauskas hereby files Consent to Join on behalf of the following individuals, attached hereto as Exhibit A:

McIalwain, Hannah
Morrison, Christa

Dated: July 7, 2025.                                            Respectfully submitted,

                                                                                                             By: /s/ Philip J. Krzeski
                                                                                                             Philip J. Krzeski*
                                                                                                             Christopher P. Renz
                                                                                                         **CHESTNUT CAMBRONNE PA**
                                                                                                           100 Washington Avenue S, Suite 1700
                                                                                                           Minneapolis, MN 55401
                                                                                                           Telephone: (612) 339-7300
                                                                                                           *pkrzeski@chestnutcambronne.com*
                                                                                                           *crenz@chestnutcambronne.com*

Scott C. Harris, NC Bar ID No. 35328
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27602
Telephone: (919) 600-5003
*sharris@milberg.com*

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*

Joseph M. Lyon*
Kevin M. Cox*
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone (513) 381-2333
*jlyon@thelyonfirm.com*
*kcox@thelyonfirm.com*

* Admitted *Pro Hac Vice*

***Counsel for Plaintiff and the Putative Class***