**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CIVIL ACTION FILE NO. 1:24-cv-00204**

| | | |
|---|---|---|
| LOGAN VENCLAUSKAS, on behalf of himself and all similarly situated individuals, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **NOTICE OF FILING OF** **CONSENT TO JOIN FORM** |
| HILLMAN BEER, LLC, GREIG HILLMAN, BRADLEY HILLMAN, and DAVID MAY | ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216 *et seq.*, Plaintiff Logan Venclauskas hereby files Consent to Join on behalf of the following individual, attached hereto as Exhibit A: Hopkins, Karen.

Dated: July 17, 2025.                           Respectfully submitted,

                                        By: /s/ Philip J. Krzeski
                                        Philip J. Krzeski*
                                        Christopher P. Renz
                                        **CHESTNUT CAMBRONNE PA**
                                        100 Washington Avenue S, Suite 1700
                                        Minneapolis, MN 55401
                                        Telephone: (612) 339-7300
                                        *pkrzeski@chestnutcambronne.com*
                                        *crenz@chestnutcambronne.com*

                                        Scott C. Harris, NC Bar ID No. 35328
                                        **MILBERG COLEMAN BRYSON**
                                        **PHILLIPS GROSSMAN, PLLC**
                                        900 W. Morgan Street
                                        Raleigh, NC 27602
                                        Telephone: (919) 600-5003
                                        *sharris@milberg.com*

1

Gary M. Klinger\*
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*

Joseph M. Lyon\*
Kevin M. Cox\*
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone (513) 381-2333
*jlyon@thelyonfirm.com*
*kcox@thelyonfirm.com*

\* Admitted *Pro Hac Vice*

***Counsel for Plaintiff and the Putative Class***

2