UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| LOGAN VENCLAUSKAS, on behalf of himself and all similarly situated individuals,<br><br>                Plaintiffs.<br>v.<br><br>HILLMAN BEER, LLC, GREIG HILLMAN, BRADLEY HILLMAN, AND DAVID MAY,<br><br>                Defendants. | Case No.: 1:24-cv-00204<br><br>NOTICE OF CHANGE OF LAW FIRM NAME AND EMAIL ADDRESS |

      Scott C. Harris, counsel for Plaintiff Logan Venclauskas, hereby advises the Court and all Counsel of a change to his firm affiliation and email address. Effective immediately, Mr. Harris' contact information is as follows:

    Scott C. Harris
    *admitted pro hac vice*
    **BRYSON HARRIS SUCIU & DEMAY, PLLC**
    900 W. Morgan Street
    Raleigh, North Carolina 27603
    Tel: (919) 600-5000
    sharris@brysonpllc.com

**DATED:** September 22, 2025.

                                            **BRYSON HARRIS SUCIU & DEMAY, PLLC**

                                            */s/ Scott C. Harris*
                                            Scott C. Harris
                                            *admitted pro hac vice*
                                            900 W. Morgan Street
                                            Raleigh, North Carolina 27603
                                            Tel: (919) 600-5000
                                            sharris@brysonpllc.com

                                            *Attorney for Plaintiff*

# **CERTIFICATE OF SERVICE**

I have filed electronically the foregoing document which will automatically serve electronic notice of the filing upon all attorneys of record via the Court's CM/ECF System.

This the 22nd day of September 2025.

*/s/ Scott C. Harris*
Scott C. Harris

*Attorney for Plaintiff*
