IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| LOGAN VENCLAUSKAS, on behalf of himself and all similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> HILLMAN BEER, LLC, GREIG HILLMAN, BRADLEY HILLMAN, and DAVID MAY <br><br> Defendants. | Civil Action No. 1:24-cv-00204-MR-WCM <br><br> **JOINT DESIGNATION OF MEDIATOR** |

  Pursuant to the Pretrial Order and Case Management Plan entered on September 16, 2025, counsel for Plaintiffs, on behalf of all Parties, hereby submits this Joint Designation of a Mediator and respectfully requests that the Court appoint a United States Magistrate Judge to facilitate the mediation in this matter through a one-day in person conference. In support thereof, the Parties state as follows:

  1. This matter involves claims brought under the Fair Labor Standards Act ("FLSA") and the North Carolina Wage and Hour Act (N.C. Gen. Stat. § 95-25.1, *et seq.* ("NCWHA")). Plaintiff filed his complaint asserting claims under the FLSA and NCWHA on August 7, 2024.

  2. In October Defendants filed a Motion to Dismiss for Failure to State a Claim. The Motion was stayed pending mediation, and the Parties ultimately concluded briefing on the issues in late January.

  3. On January 8, 2025, the Parties engaged in a full day private mediation with the assistance of mediator René Trehy. While the mediation was conducted in good faith, it did not result in the resolution of this case.

4. In April 2025 Plaintiff filed an unopposed motion to conditionally certify the Collective Action, which was granted by the Court on April 28, 2025. Notice to putative Collective Members was thereafter distributed according to the Order Granting Conditional Certification.

5. On July 23, 2025, the Court granted in part and denied in part Defendants' Motion to Dismiss.

6. In light of the complexity of the issues and the continued desire of the Parties to resolve this matter, the Parties agree that further mediation facilitated through the Court may be beneficial.

7. Accordingly, the Parties jointly requires that the Court appoint a United States Magistrate Judge to facilitate a in-person court-supervised mediation. The Parties believe that the involvement of a Magistrate Judge—particularly given the Court's familiarity with FLSA collective actions—would assist in advancing a potential resolution of the claims.

Respectfully submitted this 6th day of October 2025.

/s/ Philip J. Krzeski
Philip J. Krzeski
**CHESTNUT CAMBRONNE, PA**
100 Washington Avenue S, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339- 7300
*pkrzeski@chestnutcambronne.com*

Scott C. Harris, NC Bar ID No. 35328
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27602
Telephone: (919) 600-5003
*sharris@milberg.com*

/s/ Hayley R. Wells
Hayley R. Wells
N.C. State Bar I.D. No.: 38465
*docket@wardandsmith.com*
*hrw@wardandsmith.com*
X. Lightfoot
N.C. State Bar I.D. No.: 54900
*xlightfood@wardandsmith.com*
**For the firm of Ward and Smith, P.A.**
Post Office Box 2020
Asheville NC 28802-2020
Telephone: 828-348-6070
Fax: 828-348-6077

*Attorneys for Defendants*

Joseph M. Lyon\*
Kevin M. Cox\*
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 381-2333
*jlyon@thelyonfirm.com*
*kcox@thelyonfirm.com*

*\* Pro Hac Vice* forthcoming
**Counsel for Plaintiff and the Putative Class**