IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| LOGAN VENCLAUSKAS, on behalf of himself and all similarly situated individuals, | Civil Action No. 1:24-cv-00204-MR-WCM |
| Plaintiff, | |
| v. | **JOINT MOTION FOR TEMPORARY STAY OF PROCEEDINGS PENDING MEDIATION** |
| HILLMAN BEER, LLC, GREIG HILLMAN, BRADLEY HILLMAN, and DAVID MAY | |
| Defendants. | |

Plaintiff Logan Venclauskas, on behalf of himself and all similarly situated individuals ("Plaintiff") and Defendants Hillman Beer, LLC, Greig Hillman, Bradley Hillman, and David May (collectively "Defendants"), by and through the undersigned counsel, hereby jointly request that this Court stay this case, including all pending deadlines, for a period of 35 days while the Parties pursue mediation and related settlement negotiations. In support thereof, the Parties state as follows:

1. The Parties are currently engaging in discovery in this matter. Under the Court's recently entered scheduling order, discovery is

1

scheduled to be completed by May 11, 2026. (Dkt. 56). Additionally, Plaintiff's expert reports are presently due December 17, 2025, Defendants' due January 16, 2026, and any rebuttal reports are due February 13, 2026.

2. The Parties have met and conferred regarding the status of litigation and have agreed to mediate this matter on December 5, 2025, with respected mediator Kenneth P. Carlson. The Parties selected Mr. Carlson based on his significant experience in practicing labor and employment law and assisting parties in resolving FLSA wage and hour disputes. The Parties believe Mr. Carlson will effectively and fairly act as a neutral.

3. The Parties respectfully request that the Court stay this matter and all associated deadlines through December 12, 2025, to enable the Parties to focus on mediation and resolution of this matter. Moreover, a stay will enable the Parties to potentially avoid unnecessary expert costs and, in turn, use these resources towards settlement.

4. The Parties submit the granting of a stay under these circumstances is appropriate as it will allow the Parties to conserve resources and devote time to mediation. If mediation ultimately proves

unsuccessful, the Parties will propose an updated case management schedule to the Court.

5. The Parties certify the request is not for undue purpose or delay.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and enter an Order staying this matter in its entirety to allow the Parties to engage in mediation with Mr. Carlson on December 5, 2025, and stay the case until December 12, 2025. If the case is not resolved through the mediation, the Parties further ask that the Court enlarge all case deadlines by 35 days pending the end of the stay.

Respectfully submitted this 10th day of November 2025.

| | |
|---|---|
| */s/ Philip J. Krzeski*_____<br>Philip J. Krzeski<br>Elizabeth A. Orrick\*<br>**CHESTNUT CAMBRONNE, PA**<br>100 Washington Ave S, Suite 1700<br>Minneapolis, MN 55401<br>Telephone: (612) 339-7300<br>*pkrzeski@chestnutcambronne.com*<br>*eorrick@chestnutcambronne.com* | */s/ Hayley R. Wells*_____<br>Hayley R. Wells<br>N.C. State Bar I.D. No.: 38465<br>X. Lightfoot<br>N.C. State Bar I.D. No.: 54900<br>**WARD AND SMITH, P.A.**<br>Post Office Box 2020<br>Asheville NC 28802<br>Telephone: (828) 348-6070<br>Fax: (828) 348-6077<br>*docket@wardandsmith.com* |

3

Scott C. Harris
N.C. State Bar I.D. No.: 35328
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W Morgan St
Raleigh, NC 27602
Telephone: (919) 600-5003
*sharris@milberg.com*

Joseph M. Lyon*
Kevin M. Cox*
**THE LYON FIRM**
2754 Erie Ave
Cincinnati, OH 45208
Telephone: (513) 381-2333
*jlyon@thelyonfirm.com*
*kcox@thelyonfirm.com*

* *Pro Hac Vice* forthcoming

*Counsel for Plaintiff and the Putative Class*

*hrw@wardandsmith.com*
*xlightfoot@wardandsmith.com*

*Attorneys for Defendants*