IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00204-MR-WCM

| | | |
|---|---|---|
| LOGAN VENCLAUSKAS, on behalf of himself and all similarly situated individuals, | ) ) ) ) | |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| HILLMAN BEER, LLC; GREIG HILLMAN; BRADLEY HILLMAN; and DAVID MAY, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on a Joint Motion to Extend Expert Report Deadlines (the "Motion to Extend," Doc. 66).

On September 17, 2025, a Pretrial Order and Case Management Plan was entered and set, among other things, the following deadlines:

    Expert Reports
        Party w/ Burden    December 17, 2025
        Responsive           January 16, 2026
        Rebuttal              February 13, 2026
    Discovery                   May 11, 2026
    Mediation                   May 26, 2026

On November 10, 2025, the parties filed a Motion to Stay, requesting that this case, including all pending deadlines, be stayed temporarily. The parties represented that they had agreed to mediate on December 5, 2025, and

believed that a stay of this case would allow them to focus on mediation while avoiding potentially unnecessary expert costs. Doc. 60 at 2.

On November 12, 2025, the undersigned denied the parties' request for a stay but advised that the parties were free to request a reasonable extension of their expert disclosure deadlines, if necessary. Doc. 62.

On November 25, 2025, the parties filed the instant Motion to Extend. Doc. 66. Therein, the parties again advise that they plan to mediate this matter on December 5, 2025, and request six-week extensions of the deadlines to make their expert disclosures.

Having reviewed the Motion to Extend, the parties' requested extensions will be allowed.

**IT IS THEREFORE ORDERED THAT** the Joint Motion to Extend Expert Report Deadlines (Doc. 66) is **GRANTED** as follows:

1. The following deadlines are **EXTENDED**:

    a. Reports for retained experts under Rule 26(a)(2) from the party with the burden of proof on a particular issue through and including January 28, 2026.

    b. Responsive expert reports from the party without the burden of proof on a particular issue through and including February 27, 2026.

    c. Rebuttal expert reports through and including March 27, 2026.

2. All other provisions of the Pretrial Order and Case Management Plan (Doc. 56), including the May 11, 2026 deadline to complete court-enforceable discovery, remain in effect.

Signed: December 1, 2025

W. Carleton Metcalf
United States Magistrate Judge