**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CERTIFICATION OF ADR SESSION**

**LOGAN VENCLAUSKAS,**
**on behalf of himself and all similarly**
**situated individuals,**

      **PLAINTIFF,**

**v.**                                   **CASE NO: 1:24-cv-00204-MR-WCM**

**HILLMAN BEER, LLC, GREIG HILLMAN,**
**BRADLEY HILLMAN, and DAVID MAY,**

      **DEFENDANTS.**

      I hereby certify that the parties have held an Alternate Dispute Resolution session on December 5, 2025, which was continued through June 4, 2026.

      The ADR session was:

    __X__  Mediation Session
    _____  Early Neutral Evaluation Session
    _____  Settlement Offer
    _____  Other (Describe type of session.) _____

_____

_____.

      The following individuals, parties, corporate representatives, and or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

    __X__  All individual parties and their counsel
    __X__  Designated corporate representatives
    ____  Required claims professionals
    ____  Other:

14788277v1

The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:

_____
_____
_____
_____

The outcome of the ADR session was:

__X__   **The case has been completely settled\*\*.** Counsel will promptly file a stipulation of voluntary dismissal with prejudice upon all parties executing a final settlement and release agreement. **\*\* Subject to Court approval**.

_____   **The case has been partially resolved.** Counsel will file a joint stipulation regarding those claims which have been resolved within ten (10) days of the filing of this report. The report shall also contain a brief summary of the issues which remain for the Court to resolve.

_____   **The parties have reached an impasse.**

I certify that the above is a true and accurate report of the result of the ADR process and that all parties of record have received a copy of this report.

| Kenneth P. Carlson, Jr. | 6/5/2026 |
|---|---|
| Mediator | Date |

**s/Kenneth P. Carlson, Jr.**
Signature of Mediator

14788277v1